J & L ELECTRONICS, LLC,
Plaintiff–Appellant,

v.

ELECTRONICS FOR IMAGING,
INC., Defendant–Appellee,

No. 03–1466.

United States Court of Appeals,
Federal Circuit.

Feb. 9, 2004.

Before LOURIE, LINN, and PROST,
Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

FMC CORPORATION, Plaintiff–
Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 03–1323.

United States Court of Appeals,
Federal Circuit.

Feb. 9, 2004.

Before MAYER, Chief Judge, RADER
and SCHALL, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.